UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD ROSCOE, | ) |
|     Plaintiff, | ) Case No. 09CV2521 |
| | ) |
| | ) Assigned Judge: Zagel |
| v. | ) |
| | ) Magistrate Judge: Denlow |
| BUREAU OF COLLECTION RECOVERY, INC., | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

RONALD ROSCOE (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn
Adam J. Krohn
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison, 10th Floor
Chicago, IL 60602

1